IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELSIE TRUJILLO,

    Plaintiff,

v.                                                                                          No. CIV 15-0936 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on Defendant's unopposed motion to remand this case to Defendant pursuant to sentence six of 42 U.S.C. § 405(g). [*Doc. 16*]. Having considered the motion, record of the case, and relevant law, the Court will **GRANT** the motion and **REMAND** the case to Defendant for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g), as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993).

**IT IS THEREFORE ORDERED** that Defendant's unopposed motion to remand this case to Defendant pursuant to sentence six of 42 U.S.C. § 405(g) [*Doc. 16*] is **GRANTED**.

**IT IS FURTHER ORDERED** that, upon remand by the Court, the Appeals Council will evaluate Plaintiff's request for review, evaluate Plaintiff's case, and issue appropriate action. Final judgment shall not enter until such time as the remand proceedings are completed and the matter returns to this Court. *See McGraw v. Barnhart*, 450 F.3d 493, 496, n.1 (10th Cir. 2006).

**IT IS SO ORDERED.**

                                                                                      **LOURDES A. MARTÍNEZ**
                                                                                      **UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Electronically submitted 05/23/16*
MICHAEL HOWARD
Special Assistant United States Attorney

*Electronically approved 05/23/16*
FRANCESCA J. MACDOWELL
Attorney for Plaintiff