IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ELSIE TRUJILLO,**

    Plaintiff,

v.                                                     No. CIV 15-0936 LAM

**NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,**[1]
        Defendant.

## ORDER

**THIS MATTER** is before the Court on Defendant's unopposed motion to reopen this case [*Doc. 19*], filed February 16, 2017. Having considered the motion, record of the case, and relevant law, the Court **FINDS** that the motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's unopposed motion to reopen this case [*Doc. 19*] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is reopened and Defendant shall file an answer in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Electronically submitted 02/16/2017*
ALEXESS REA
Special Assistant United States Attorney

*Electronically approved 02/08/2017*
FRANCESCA J. MACDOWELL
Attorney for Plaintiff