**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELSIE TRUJILLO,

    Plaintiff,

v.

No. 2:15-cv-00936-KRS

NANCY BERRYHILL, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having denied Plaintiff's motion to reverse and remand the agency's denial of her application for benefits by orders dated February 7, 2018 and April 16, 2019,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and that this matter is **DISMISSED WITH PREJUDICE**.

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE